plaintiff's option had expired and he had nothing to transfer.

*Alfred R. Page* for appellant.

*I. Maurice Wormser, Peter J. Baxter* and *Paul M. Abrahams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: POUND, J.

---

In the Matter of the Application of JAMES HART, Appellant, against GEORGE V. McLAUGHLIN, as Police Commissioner of the City of New York, Respondent.

*New York city — police — compulsory retirement of lieutenant of police on arrival at sixty years of age — motion for mandamus on ground that retirement was arbitrary exercise of discretionary power denied.*

*Matter of Hart* v. *McLaughlin,* 216 App. Div. 741, affirmed.
(Argued May 31, 1926; decided July 9, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1926, which unanimously affirmed an order of Special Term denying a motion for an order of mandamus to compel restoration of petitioner to the position of lieutenant of police in the police department of the city of New York. Petitioner had been retired from the force and awarded a pension upon the sole ground that he had reached the age of sixty years, under section 355 of the charter which provided: " * * * the said commissioner may in like manner relieve and dismiss from the service and place on the roll of the police pension fund, and grant and award a pension to any member of said force other than an honorably discharged soldier or sailor of the Mexican or late Civil War who shall have reached the age of sixty years." It was shown that petitioner was capable and fit for service and that many members of the police force over sixty years of age were retained in service and argued that his retirement was an arbitrary exercise of a discretionary power.

*Leonard M. Wallstein* and *Ralph M. Frink* for appellant.
*George P. Nicholson, Corporation Counsel (John F. O'Brien, Elliot S. Benedict* and *Arthur Sweeney* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

PETER HAY, as Administrator of the Estate of AMELIA HAY, Deceased, Respondent, *v.* CHARLES FIX et al., Appellants, Impleaded with Another.

*Negligence — master and servant — motor .vehicles — death of intestate as result of collision of automobile in which she was riding as passenger with another.*

*Hay* v. *Militello,* 215 App. Div. 858, affirmed.
(Argued May 31, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 30, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Plaintiff at the time of the accident was riding as a passenger in an automobile owned by defendants and operated by their employee and was injured as the result of a collision with another automobile.

*Ray M. Stanley* and *Ellis H. Gidley* for appellants.
*Carlton J. Townsend* and *William J. Brock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.